1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10             THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  THOMAS NICHOLS             )
                               )        1:07-CV-776 OWW DLB
14                             )
            Plaintiff,         )        STIPULATION AND ORDER
15                             )
    vs.                        )
16                             )
    Commissioner of Social     )
17  Security,                  )
                               )
18          Defendant.         )
    _____)
19

20          IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted a 30 day extension of time, until January 25, 2008, in which to serve Plaintiff's

22  Confidential brief.  All remaining actions under the scheduling order filed, May 29, 2007, shall

23  proceed under the time limit guidelines set therein.

24  / /

25  / /

26  / /

27  / /

28

1  Dated:  December 22, 2007            /s/ Sengthiene Bosavanh

2                                     SENGTHIENE BOSAVANH, ESQ.
                                     Attorney for Plaintiff.

3

4  Dated: December 26, 2007              MCGREGOR SCOTT
                                     United States Attorney

5

6                                     By: /s/ Donna M. Montano
                                     (as authorized via facsimile/e-mail)
                                     DONNA M. MONTANO

7                                     Assistant Regional Counsel

8

9

     IT IS SO ORDERED.

10

11  **Dated:**  **January 10, 2008**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28