1   Sengthiene Bosavanh, Esq. #249801
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7                 IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9

10  FAM SAECHAO                    )    1:07-CV-697 OWW GSA
                                   )
11                                 )
            Plaintiff,             )    STIPULATION AND ORDER TO DISMISS
12                                 )
    vs.                            )
13                                 )
    Commissioner of Social         )
14  Security,                      )
                                   )
15          Defendant.             )
    _____    )
16

17

18          IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19  Action filed on May 8, 2007, on behalf of Plaintiff be dismissed.  After thorough review of

20  the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.

21  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each

22  party to bear its own costs.

23          Dated: April 17, 2008            /s/ Sengthiene Bosavanh

24                                           SENGTHIENE BOSAVANH, ESQ.
                                             Attorney for Plaintiff
25          Dated: April 18, 2008

26                                           MCGREGOR SCOTT
                                             United States Attorney
27
                                             By: /s/ Theophous H. Reagans
28                                           (as authorized via facsimile)
                                             THEOPHOUS H. REAGANS
                                             Assistant Regional Counsel

1
2   IT IS SO ORDERED.
3   **Dated:**    __**April 18, 2008**__            __**/s/ Oliver W. Wanger**__
4                                   UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2