1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS NICHOLS ) | 1:07-CV-776 DLB |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on May 23, 2007, on behalf of Plaintiff be dismissed.  After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.  Plaintiff's counsel has confirmed with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: March 4, 2008          /s/ Sengthiene Bosavanh

                              SENGTHIENE BOSAVANH, ESQ.
                              Attorney for Plaintiff

Dated: March 6, 2008

                              MCGREGOR SCOTT
                              United States Attorney

                              By: /s/ Donna Montano
                              (as authorized via facsimile)
                              DONNA MONTANO
                              Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   September 9, 2009**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE